≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

FILED

**Place of Offense:** Category No. **III**   Investigating Agency **USPIS**

2023 AUG 31 PM 1:54

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **20-MJ-1180-DLC; see below***
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name **Jason Colantuoni**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) **Norfolk, Massachusetts**

Birth date (Yr only): **1988**   SSN (last4#): **3921**   Sex **M**   Race: _____   Nationality: **USA**

**Defense Counsel if known:** Tracy Miner, Esq.   Address 101 Federal Street

**Bar Number** _____   Suite 650
Boston, MA 02110

## U.S. Attorney Information:

**AUSA** William B. Brady and Howard Locker   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

## Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☑ Misdemeanor **1**   ☐ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **8/31/23**   Signature of AUSA: *William B. Brady*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jason Colantuoni

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy to Commit Price Gouging | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   *Additional search warrant case numbers: 20-MJ-1214-DLC; 20-MJ-1217-DLC; 20-MJ-1220-DLC; 20-MJ-1431-DLC; 21-MJ-1026-DLC