UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

        **V.**                        **CRIMINAL NO.** 23cr10237

Jason Colantuoni
        **Defendant**

## CRIMINAL MISDEMEANOR CASES
### REFERENCE FOR REVIEW

In accordance with 18 USC section 3401(f) and Rule 7(b)(3) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-captioned case is referred to Judge  Kelley  , acting in his/her capacity as the Miscellaneous Business Docket Judge, for determination as to whether the case shall be continued before the District Court or referred to a Magistrate Judge for disposition.

Date 8/31/2023                      Deputy Clerk /s/ Carolina DaSilva

## O R D E R

After review of this case pursuant to the provisions of 18 USC section 3401(f) and Rule 7(b)(3) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, it is hereby ORDERED that this case be:

    ( )    **Continued before the District Court.**

    ( )    **Referred to a Magistrate Judge of this Court.**

Date_____                District Judge_____

### REFERENCE FOR DISPOSITION

In accordance with the above order of the Court, this case is assigned to Magistrate Judge, _____ pursuant to Rule 7(b)(5) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts.

Date: _____        Deputy Clerk _____

(Misdemeanor_Reference_for_Review.wpd -11-2011)